# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:   17-22895 |
|    Sandra Lopez | ) | |
|       Debtor | ) | Chapter:   Chapter 13 |
| | ) | |
| | ) | Judge:   Timothy A. Barnes |

## NOTICE OF MOTION

**To:** Sandra Lopez, 7523 Lorel Ave., Burbank, IL, 60459

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **April 4, 2019 at 9:30 a.m.** I shall appear before the Honorable Judge **Timothy A. Barnes** at 219 S. Dearborn, Courtroom 744, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:** _/s/ Dale Riley_
Dale Riley

## CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 3/13/2019.

**By:** _/s/Dale Riley_
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax): 877.247.1960

Capital One  
Bankruptcy Department  
PO Box 30285  
Salt Lake City UT 84130  

Becket & Lee  
Bankruptcy Dept.  
PO Box 3001  
Malvern PA 19355  

Capital One Bank Usa Na  
Attn: Bankruptcy Dept.  


CBNA  

PO BOX 6189  
Sioux Falls SD 57117  

Chase Bank  
Bankruptcy Department  
PO Box 15298  
Wilmington DE 19850  

CMRE Financial Services, Inc.  
Bankruptcy Department  
3075 E. Imperial Hwy., #200  
Brea CA 92821  

Comcast Cable Communications  
C/O Enhanced Recovery CO L  
8014 Bayberry Rd  
Jacksonville FL 32256  

Comenity Bank  
Bankruptcy Department  
PO Box 183003  
Columbus OH 43218  

Quantum3 Group  
Bankruptcy Dept.  
PO Box 788  
Kirkland WA 98083  

COMENITY BANK/Torrid  
Attn: Bankruptcy Dept.  
Po Box 182685  
Columbus OH 43218  

Credit Union One  
Bankruptcy Department  
450 E. 22nd St., Ste. 250  
Lombard IL 60148  

Discover Bank  
Attn: Bankruptcy Dept.  


Discover Bank  
Bankruptcy Dept.  
PO Box 8003  
Hilliard OH 43026  

Judicial Sales Corp  

1 S Wacker Dr  
Chicago IL 60606  

Kohls/Capone  
Attn: Bankruptcy Dept.  
N56 W 17000 Ridgewood Dr  
Menomonee Falls WI 53051  

MacNeal Hospital  
Bankruptcy Department  
75 Remittance Dr., Ste. 1209  
Chicago IL 60675-1209  

Midland Funding, LLC  
Bankruptcy Department  
8875 Aero Drive, # 200  
San Diego CA 92123  

MTGLQ Investors, LP  
C/o Selene Finance  
9990 Richmond Ave  
#400 South  
Houston TX 77042  

Clerk, Chancery  
Bankruptcy Dept.  
50 W. Washington St., Room 802  
Chicago IL 60602  

Codilis & Associates, PC  
Bankruptcy Dept.  
15W030 N. Frontage Rd. #100  
Burr Ridge IL 60527  

Navient  
Bankruptcy Dept  
PO Box 9635  
Wilkes-Barre PA 18773  

Santander Consumer USA  
Bankruptcy Department  
PO Box 560284  
Fort Worth TX 75356  

Synchrony Bank  
Bankruptcy Dept.  
950 Forrer Blvd.  
Kettering OH 45420  

Target National Bank  
Bankruptcy Department  
3701 Wayzata Blvd  
Mail Stop 3C-I  
Minneapolis MN 55416  

USA Funds  
Bankruptcy Dept  
PO Box 6180  
Indianapolis IN 46206

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 17-22895 |
|    Sandra Lopez | ) | | |
|       Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

### MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Ms. Sandra Lopez (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 07/31/2017.

3. The Debtor's plan was confirmed by the Court on 09/21/2017 with a 10% dividend to unsecured claims and including a provision requiring the Debtor to turn her federal tax refunds in excess of $1,200 over to the Trustee as additional payments into the plan.

4. Removing student loans from the plan will make the plan feasible to pay a 100% dividend to unsecured claims without the need for the Debtor to turn over her tax refunds.

5. The Debtor prefers to deal with her student loans directly outside of the bankruptcy as long-term debts.

6. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to remove ongoing payments to student loans from the plan, to

increase the dividend to unsecured claims to 100%, and to strike the provision requiring the Debtor to turn her tax refunds over to the Trustee.

WHEREFORE THE DEBTOR, Ms. Sandra Lopez, respectfully requests this Honorable Court enter an order:

1. Removing ongoing payments to student loans from the plan,

2. Increasing the dividend to unsecured claims to 100%,

3. Striking the provision requiring the Debtor to turn her tax refunds over to the Trustee,

4. Any other relief the court deems proper.

**By:**   */s/ Dale Riley*
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960